# United States Court of Appeals
### For the Eighth Circuit

_____

No. 21-3375
_____

United States of America,

*Plaintiff - Appellee*,

v.

Valentino Giovanni McCampbell,

*Defendant - Appellant*.
_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern
_____

Submitted: April 20, 2022
Filed: April 26, 2022
[Unpublished]
_____

Before COLLOTON, ERICKSON, and KOBES, Circuit Judges.
_____

PER CURIAM.

Valentino McCampbell appeals a sentence imposed by the district court[1] after McCampbell pleaded guilty to a firearm offense. His counsel has moved to withdraw

---

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that the court erred in applying enhancements for an offense involving a stolen firearm, and for possessing a firearm in connection with another felony offense.

We conclude that the district court did not err in applying the enhancements, as the record supported the court's findings that a firearm had been stolen, *see* U.S.S.G. § 2K2.1(b)(4), comment. (n.8(B)); *United States v. Bates*, 584 F.3d 1105, 1108-10 (8th Cir. 2009), and that McCampbell used the firearms to facilitate his drug activities, *see* U.S.S.G. § 2K2.1(b)(6), comment. (n.14(B)); *United States v. Dixon*, 822 F.3d 464, 465 (8th Cir. 2016).

We have also independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and we find no non-frivolous issues for appeal. Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____